NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ERNESTINE H. BROXSIE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI,** Secretary of Veterans Affairs,
*Respondent-Appellee.*

---

2012-7131

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-4324, Judge Ronald M. Holdaway.

## ORDER

Upon review of this recently docketed appeal, it appears that Ernestine H. Broxsie's appeal was not timely filed.

On March 16, 2012, the United States Court of Appeals for Veterans Claims entered judgment in Broxsie's case. The court received Broxsie's notice of appeal on May 22, 2012, 67 days after the date of the judgment.

To be timely filed, a notice of appeal must be received within 60 days of the entry of judgment. 38 U.S.C. § 7292(a); 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Broxsie is directed to show cause within 30 days of the date of this order why her appeal should not be dismissed as untimely. The Secretary may also respond within that time.

(2) The briefing schedule is stayed.

FOR THE COURT

**JUN 2 1 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Ernestine H. Broxsie
    Joseph A. Pixley, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 1 2012

JAN HORBALY
CLERK